[No. 11274-1-I. Division One. May 25, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. BRIAN
J. FRAZIER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81-1-02741-1, Norman W. Quinn, J., entered
February 1, 1982. *Affirmed* by unpublished opinion per
Ringold, J., concurred in by Williams and Scholfield, JJ.

[No. 10938-3-I. Division One. May 25, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. MARDILLO
ARNOLD, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81-1-02203-7, Frank L. Sullivan, J., entered
October 9, 1981. *Affirmed* by unpublished opinion per
Andersen, C.J., concurred in by Corbett and Scholfield, JJ.

[No. 9917-5-I. Division One. May 25, 1983.]

SEVENTH ELECT CHURCH IN ISRAEL, ET AL, *Respondents,*
v. GERALD L. ROGERS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 848238, Stephen M. Reilly, J., entered January
29, 1981. *Affirmed* by unpublished opinion per Scholfield,
J., concurred in by Williams and Ringold, JJ.